# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BENT,  :  <br>    Petitioner  : <br> : <br> v.  : <br> : <br> WARDEN QUAY,  : <br>    Respondent  : | No. 1:20-cv-314 <br><br> (Judge Rambo) |

## ORDER

**AND NOW**, on this 25th day of June 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                         s/ Sylvia H. Rambo
                         United States District Judge